Case 7:22-cv-00347   Document 74   Filed on 09/30/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
September 30, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| PAUL ALEXANDER SERRANO, | § § § § | |
| VS. | § | CIVIL ACTION NO. 7:22-CV-347 |
| EDDIE GARZA, Director of the Texas Department of Corrections, *et al.*, | § § § § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The Court has reviewed the Magistrate Judge's Report and Recommendation regarding Plaintiff's request for entry of default and motion for default judgment. After having reviewed the said Report and Recommendation, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, ORDERED, ADJUDGED, and DECREED that the conclusions in United States Magistrate Judge J. Scott Hacker's Report and Recommendation entered as Docket Entry Number 27 are hereby adopted by this Court. Accordingly, the request for entry of default and motion for default judgment are DENIED.

The Clerk shall send a copy of this Order to the parties.

SO ORDERED September 30, 2024, at McAllen, Texas.

Randy Crane
Chief United States District Judge