United States District Court
Southern District of Texas
**ENTERED**
March 31, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| PAUL ALEXANDER SERRANO, | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 7:22-CV-347 |
| EDDIE GARZA, *et al.*, | § | |
| Defendants. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Magistrate Judge's Report and Recommendation (Dkt. No. 97) and Movant's objections to the Report and Recommendation (Dkt. Nos. 98, 99). The Court has conducted a *de novo* review of the record in this matter as it pertained to the specific objections raised by Movant pursuant to 28 U.S.C. § 636(b)(1). After having reviewed the Report and Recommendation, Movant's objections, and the record as it pertained thereto, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, **ORDERED**, **ADJUDGED**, and **DECREED** that the conclusions in United States Magistrate Judge J. Scott Hacker's Report and Recommendation are hereby adopted by this Court. Defendants' Motion for Summary Judgment (Dkt. No. 69) is **GRANTED** and their Motion for Sanctions (Dkt. No. 68) and Motion to Dismiss (Dkt. No 69) are **DENIED** as **MOOT**. Plaintiff's claims are **DENIED**, and this civil action will be **DISMISSED**.

The Clerk shall send a copy of this Order to the parties.

SO ORDERED March 31, 2025, at McAllen, Texas.

Randy Crane
Chief United States District Judge